```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

UNITED STATES OF AMERICA,         :
                                  :
       Plaintiff,              :      2:14-cr-107
                                  :      JUDGE FROST
       v.                      :
                                  :
CHRISTOPHER T. WOLFE              :
MICHAEL L. JOHNSON                :
TERRY J. MCNICKLE                 :
MARK D. WOLFE                     :
JOEY L. JARRELL.                  :
                                  :
       Defendants.             :

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 6, 2015, this Court entered a Preliminary Order of Forfeiture (Doc. 135), ordering the above-named Defendants Christopher T. Wolfe, Michael L. Johnson, Terry J. McNickle, Mark D. Wolfe, and Joey L. Jarrell to forfeit to the United States the property subject to forfeiture as more particularly described therein pursuant to 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c) and 18 U.S.C. §982(a)(1);

WHEREAS, for 30 consecutive days beginning March 13, 2015, the United States published notice of this forfeiture on the government's internet site www.forfeiture.gov, which provided potential claimants notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days of

the initial publication date for a hearing to adjudicate the validity of their alleged legal interest in the property (Doc. 144). There are no parties known to the United States who may have an interest in the forfeited property;

WHEREAS, on June 22, 2015, this Court held Defendant Christopher T. Wolfe's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment (Doc. 163) ordering Defendant Christopher T. Wolfe to forfeit to the United States the property described herein. On June 12, 2015, this Court held Michael L. Johnson's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment (Doc. 159) ordering Defendant Michael L. Johnson to forfeit to the United States the property described herein. On May 21, 2015, this Court held Defendant Terry J. McNickle's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment (Doc. 154) ordering Defendant Terry J. McNickle to forfeit to the United States the property described herein. On April 28, 2015, this Court held Defendant Mark D. Wolfe's sentencing hearing and verbally pronounced the forfeiture of the subject property and issued its Judgment (Doc. 148) ordering Defendant Mark D. Wolfe to forfeit to the United States the property described herein. On April 28, 2015, this Court held Defendant Joey L. Jarrell's sentencing hearing and verbally pronounced the

forfeiture of the subject property and issued its Judgment (Doc. 151) ordering Defendant Joey L. Jarrell to forfeit to the United States the property described herein;

WHEREAS, no petitions asserting a legal interest in the forfeited property were filed and the time for the filing of such petitions has expired;

WHEREAS, the Court finds that the property is subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c) and 18 U.S.C. §982(a)(1) for violations of 18 U.S.C. §371 (Conspiracy to Defraud the United States);

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

   **(A) A total of $410,406.70 in United States Currency, and more particularly described as:**

   **(1) One Hundred Eighty-Eight Thousand Nine Hundred Eighty-Two and 00/100 Dollars ($188,982.00) in United States Currency1;**

   **(2) One Hundred Seventy-Three Thousand Seven Hundred Fifty-One and 00/100 Seven Hundred Fifty-One and 00/100 Dollars ($173,751.00) in United States Currency;**

---

1 Pursuant to the February 5, 2015, Order of Magistrate Judge King, the $188,982.00 in United States Currency has been deposited with the Clerk of the Court and will remain in the Clerk's custody and control to be applied to victim restitution.

    **(3)    Thirty-Seven Thousand Six Hundred Seventy-Three and 70/100 Dollars ($37,673.70) in United States Currency; and,**

    **(4)    Ten Thousand and 00/100 Dollars ($10,000.00) in United States Currency.**

**(B)  A green and yellow, 2012 John Deere 6115D 4x4 Tractor, Product Identification Number 1PO6115DCCH022382, with all appurtenances, improvements, and attachments thereon.**

2. That the designated agent for the United States Secret Service shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

    **ORDERED** this <u>7th</u> day of <u>July</u>, 2015.

                                     <u>GREGORY L. FROST</u>
                                     HONORABLE GREGORY L. FROST
                                     UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


<u>s/David J. Bosley</u>
DAVID J. BOSLEY (0023460)
Assistant United States Attorney
Attorney for Plaintiff